**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-2421**

In re: ELIZABETH H. COOMES,

Debtor.

--------------------------------------------------

ELIZABETH H. COOMES, a/k/a Elizabeth Haring Coomes, d/b/a Old Town
Insurance & Financial,

Debtor – Appellant,

v.

THOMAS P. GORMAN, Chapter 13 Trustee,

Trustee - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at
Alexandria.  T. S. Ellis, III, Senior District Judge.  (1:18-cv-01322-TSE-MSN)

Submitted:  July 22, 2019                          Decided:  September 26, 2019

Before AGEE, DIAZ, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Elizabeth Haring Coomes, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Elizabeth H. Coomes appeals the district court's orders: (1) dismissing as interlocutory her appeal from the bankruptcy court's order denying her motion to continue the hearing on her motion for reconsideration, and (2) denying her motions for an extension of time, to alter or amend the judgment and for entry of default. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Coomes v. Gorman*, No. 1:18-cv-01322 (E.D. Va., Oct. 26, 2018; Nov. 8, 2018). In light of this disposition, we deny the Appellee's motion to dismiss or consolidate. We deny as moot Coomes' motion to deem her amended notice of appeal as timely filed. We also deny Coomes' emergency motions for an extension of time to file a response, to supplement the record and for appointment of counsel. We also deny Coomes' motion to dismiss a party. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*